APPENDIX A
COMPLAINT FORMAT

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

_Southern_ _____ DIVISION

FILED APR 21 '16 AM 9:15 USDCALS

(Name of Plaintiff)
**Plaintiff** Andre Carstarphen SR.
25995 Ravenwood Circle
**vs.** Daphne, Al. 36526

:
:
:
:
:
Civil Action No. 16-170-KD-N
:
:

(Name of Defendant(s)  State
**Defendant** Judge Robert Smith
Prosecutor Matthew Simpson
~~Both address are same~~

:
:
:

Prosecutor Matthew Simpson
Mobile County D.A. office
Po box 2841

205 Goverment St Courtroom 6100    Mobile Al 36652
Mobile Al 36644

## COMPLAINT
(Double space text of complaint)

(Grounds for jurisdiction)

1. State made a wrongful Conviction, which in terms added unnecessary stress Contributing to more health problems resulting in prescribed anxiety medication. Giving me standing in this Case, Andre jr.

2. was 16 at the time he was accused.

(Show plaintiff's name(s) and residence or address)

Andre Carstarphen SR.
25995 Raven wood Circle
Daphne, Al. 36526

(Show defendant(s) name(s) and address(es))

3.
① Honorable Judge Robert Smith
205 Goverment St Court room 6100
Mobile, Al. 36644

② Prosecutor Matthew Simpson
Mobile County D.A. office
Po box 2841
Mobile Al 36652

4.

(State briefly your legal claim or your reason for filing suit.   Include the statue under which the suit is filed.) ① Violation of Civil Rights mistrial of a Jury, Reaching a decision twice in the same day, resulting in a mistrial with prejudice resulting in misconduct. Trial should be barred in United states v Jorn, 400 U.S. 470, 91 S. Ct. 547, 27L. Ed 5. 2d 543 (1971) ② Judge And Prosecutor showing motive to convict and witholding evidence of truth.

(Give a brief, concise statement of the specific facts involved in your case) ① Patricia Boyd lied on stand fabricating evidence of DNA she tested to did not test. ② State had witness which was an expert and did not provide counter witness of expertise on behalf of plaintiff. ③ Detective Gilipisc often changed his statement, but claimed all was misspeaking cause he was 'tired. Yet we could not

(State the relief you are requesting.) do so.

80,000 Compensation, Revise sentencing all convictions overturned being evidence fabricated. Andre, R immediately release, along with Maurice Harris, Terry Leun Carstophen, + Mandingo Pettaway. These are people of similar standing where as, they were accused and found guilty. But, is not guilty as stated.

Andre Carstophen Record Cleared of all charges, probation, or any form of guilt. All cases dismissed with Predjuice, and no retalitation of any form of law. When all charges are dropped as they should be, then this will immediatly all end.

_____ Andre Custoph 4-20, 16
(Signature and date), pro se

25995 Ravenwood Circle
(Address)
Daphae, Al. 36526

(Phone Number)
(251) 680-8091

**APPENDIX B**
**CERTIFICATE OF SERVICE FORMAT**

**CERTIFICATE OF SERVICE**

**I hereby certify that a copy of the foregoing** _____
(Name of pleading)

**was mailed/delivered to** _____ **at** _____
(Name of defendant(s) or                    (Address)
defendant's attorney)

**on** _____, 20 _____.

_____
(Signature and date), pro se

_____
(Address)

_____
(Phone Number)